**POLSINELLI LLP**
Wesley Hurst (CA Bar No. 127564)
Noel S. Cohen (CA Bar No. 219645)
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: 310.556.1801
Facsimile: 310.556.1802
Email:     whurst@polsinelli.com
           ncohen@polsinelli.com

*Counsel for Defendant Freeman Expositions, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY COST MANAGEMENT, LLC, a California limited liability company, and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>FREEMAN DECORATING SERVICES, INC., a Texas corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 2:16-CV-01516- BRO-RAO<br>**ORDER ON STIPULATED PROTECTIVE ORDER** |

This Stipulated Protective Order was filed on November 21, 2016, with this Court, the Honorable Rozella A. Oliver presiding. Parties were not required to make appearances for this [Proposed] Stipulated Protective Order.

After full consideration of the Stipulated Protective Order, and good cause appearing therefor,

55308391.1

1 **It IS HEREBY ORDERED** that the Court GRANTS the Stipulated Protective
2 Order.
3     IT IS SO ORDERED.

Dated: 11/29/2016                                  */s/*

                                                          The Honorable Rozella A. Oliver

55308391.1

**CERTIFICATE OF SERVICE**

I am over the age of 18 and not a party to the within action; I am employed by Polsinelli LLP in the County of Los Angeles, California at 2049 Century Park East Suite 2900, Los Angeles, California 90067.

On November 21, 2016 I served the foregoing document(s) described as: [PROPOSED] STIPULATED PROTECTIVE ORDER, and [PROPOSED] ORDER ON [PROPOSED] STIPULATED PROTECTIVE ORDER on the interested parties in this action by

[X] **By CM/ECF**: I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant (if any) indicated on the Manual Notice list.

[X] **(Federal)** I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the above is true and correct.

Executed on November 21, 2016 at Los Angeles, California

*/s/Christine Hess*
Christine Hess

3

55308391.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

55308391.1