# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UTILITY COST MANAGEMENT, LLC, a California limited liability company, and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>FREEMAN DECORATING SERVICES, INC., a Texas corporation, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:16-CV-01516- BRO-RAO<br><br>**STIPULATED JUDGMENT IN FAVOR OF FREEMAN EXPOSITIONS, INC.** |

　　The Court having received the Parties' Stipulation for Entry of Judgment in Favor of Defendant, having reviewed the same, and good cause appearing therefore;

　　JUDGMENT IS HEREBY ENTERED in favor of Defendant Freeman Expositions, Inc. erroneously sued as Freeman Decorating Services, Inc. ("Freeman") and against Plaintiff Utility Cost Management, LLC ("UCM") as follows:

1. UCM shall recover nothing by its Complaint in this case.
2. The Parties shall bear their own attorneys' fees and costs.
3. Judgment shall be entered in favor of Freeman.

IT IS SO ORDERED.

DATED: April 12, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge